IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| FRANCIS RYAN,<br>       Plaintiff,<br><br>v.<br><br>FLEXI-BOGDAHN INTERNATIONAL,<br>GMBH & CO KG, a German Corporation,<br>FLEXI USA, INC., a Wisconsin<br>Corporation and WAL MART STORES,<br>INC., an Arkansas Corporation,<br>       Defendants | No. 08 C 50142<br><br>F I L E D<br><br>JUL 1 5 2008<br><br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

**DEFENDANT'S JURY DEMAND**

In accordance with Federal Rules of Civil Procedure 38 and 81(c) Defendant, Flexi-Bogdahn International GMBH & CO KG, files this jury demand, and respectfully demands a trial by jury on all issues so triable in the above-captioned action.

Respectfully submitted,

/s/ Ewa Dabrowski

David E. Kawala ARDC # 6191156
Ewa Dabrowski ARDC#6284758
**SWANSON, MARTIN & BELL, LLP**
330 North Wabash, Suite 3300
Chicago, IL 60611
(312) 321-9100/ (312) 321-0990 FAX

*Attorneys for Defendant, Flexi-Bogdahn International GMBH & CO KG*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| FRANCIS RYAN,<br>       Plaintiff,<br><br>v.<br><br>FLEXI-BOGDAHN INTERNATIONAL,<br>GMBH & CO KG, a German Corporation,<br>FLEXI USA, INC., a Wisconsin<br>Corporation and WAL MART STORES,<br>INC., an Arkansas Corporation,<br>       Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    No. 08 C 50142 |

**NOTICE OF FILING**

FILED
JUL 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO: Cosentino Law Office
213 S. 2nd Street
DeKalb, Illinois 60115

Please take notice that on July 15, 2008, a **Jury Demand** was filed with the United States District Court for the Northern District of Illinois, Western Division, a true and correct copy of which is attached hereto and served upon you.

Respectfully submitted,

By:   /s/ Ewa Dabrowski
     One of the Attorneys for
     Flexi-Bogdahn International
     GMBH & Co. KG

David E. Kawala ARDC # 6191156
Ewa Dabrowski ARDC#6284758
SWANSON, MARTIN & BELL, LLP
330 North Wabash, Suite 3300
Chicago, IL 60611
(312) 321-9100/ (312) 321-0990 FAX

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

08 C 50142

| | |
|---|---|
| FRANCIS RYAN, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No.   08 L 50 |
| FLEXI-BOGDAHN INTERNATIONAL, ) | |
| GMBH & CO KG, a German Corporation, ) | |
| FLEXI USA, INC., a Wisconsin ) | |
| Corporation and WAL MART STORES, ) | |
| INC., an Arkansas Corporation, ) | |
| Defendants ) | |

### CERTIFICATE OF SERVICE

I certify that I served the foregoing **Jury Demand** upon the clerks and counsel of record listed below, via regular US mail, proper postage prepaid, from the offices of Swanson, Martin & Bell, LLP, 330 North Wabash, Chicago, IL 60611 on July 15, 2008.

/s/ Ewa Dabrowski
Ewa Dabrowski

[x] Under penalties of perjury, I certify that the statements set forth herein are true and correct.