## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:  08 C 50142

FRANCIS RYAN,
            Plaintiff,

v.

FLEXI-BOGDAHN INTERNATIONAL GMBH & CO KG,
a German Corporation, FLEXI USA, INC., a Wisconsin
Corporation and WAL MART STORES, INC., an Arkansas
Corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FLEXI-BOGDAHN INTERNATIONAL GMBH & CO KG, a German Corporation

| | |
|---|---|
| NAME (Type or print)<br><br>Ewa Dabrowski | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br><br>s/ Ewa Dabrowski | **F I L E D** |
| FIRM<br><br>Swanson, Martin & Bell, LLP | |
| STREET ADDRESS<br><br>330 North Wabash, Suite 3300 | JUL 15 2008<br>MICHAEL W. DOBBINS |
| CITY/STATE/ZIP<br><br>Chicago, Illinois 60611 | CLERK, U.S. DISTRICT COURT |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6284758 | (312) 321-9100 |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [ ] | NO [X] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [ ] | NO [X] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]        APPOINTED COUNSEL [ ]

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| FRANCIS RYAN, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. __O8  C  50142__ |
| | ) | |
| FLEXI-BOGDAHN INTERNATIONAL, | ) | |
| GMBH & CO KG, a German Corporation, | ) | |
| FLEXI USA, INC., a Wisconsin | ) | |
| Corporation and WAL MART STORES, | ) | |
| INC., an Arkansas Corporation, | ) | |
| Defendants | ) | |

**NOTICE OF FILING**

F I L E D

JUL 1 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO:   Cosentino Law Office
        213 S. 2nd Street
        DeKalb, Illinois 60115

Please take notice that on July 15, 2008, an Appearance and Jury Demand was filed with the United States District Court for the Northern District of Illinois, Western Division, a true and correct copy of which is attached hereto and served upon you.

Respectfully submitted,

By: ___/s/ Ewa Dabrowski_____
        One of the Attorneys for
        Flexi-Bogdahn International
        GMBH & Co. KG

David E. Kawala ARDC # 6191156
Ewa Dabrowski ARDC#6284758
SWANSON, MARTIN & BELL, LLP
330 North Wabash, Suite 3300
Chicago, IL 60611
(312) 321-9100/ (312) 321-0990 FAX

IN THE CIRCUIT COURT FOR THE SIXTEENTH JUDICIAL CIRCUIT
DEKALB COUNTY, ILLINOIS

08 C 50142

FRANCIS RYAN, )
                Plaintiff, )
                           )
        v.                 )
                           )        No.    08 L 50
FLEXI-BOGDAHN INTERNATIONAL, )
GMBH & CO KG, a German Corporation, )
FLEXI USA, INC., a Wisconsin )
Corporation and WAL MART STORES, )
INC., an Arkansas Corporation, )
                Defendants )

## CERTIFICATE OF SERVICE

I certify that I served the foregoing **Appearance and Jury Demand** upon the clerks and counsel of record listed below, via regular US mail, proper postage prepaid, from the offices of Swanson, Martin & Bell, LLP, 330 North Wabash, Chicago, IL 60611 on July 15, 2008.

/s/ Ewa Dabrowski
Ewa Dabrowski

[x] Under penalties of perjury, I certify that the statements set forth herein are true and correct.