IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| FRANCIS RYAN, | ) | |
|       Plaintiff, | ) | |
| | ) | |
|   v. | ) | |
| | ) | No. 08 C 50142 |
| FLEXI-BOGDAHN INTERNATIONAL, | ) | |
| GMBH & CO KG, a German Corporation, | ) | Honorable Frederick J. Kapala |
| FLEXI USA, INC., a Wisconsin | ) | Honorable Magistrate P. Michael Mahoney |
| Corporation and WAL MART STORES, | ) | |
| INC., an Arkansas Corporation, | ) | |
| | ) | |
|       Defendants. | ) | |

**DEFENDANT FLEXI INTERNATIONAL'S**
**MOTION FOR EXTENSION OF TIME TO FILE INITIAL RESPONSIVE PLEADING**

Defendant Flexi Bogdahn International, GmbH & Co KG, (hereinafter "Flexi International"), by its attorney, Ewa Dabrowski, hereby moves and requests that the Court grant it an extension of time of twenty-eight (28) days to file its responsive pleading:

1.    On May 12, 2008, Plaintiff field suit in the Circuit Court of the Sixteenth Judicial District, DeKalb County, Illinois, entitled, *Francis Ryan v. Flexi-Boghdan Internationl, GMBH & CO KG, Flexi USA, Inc. and Wal Mart Stores, Inc.,* 08 L 50.

2.    Defendant Flexi International received Plaintiff's Complaint in Germany by certified mail on or about June 16, 2008.

3.    On July 15, 2008, Defendant Flexi International filed a Notice of Removal to have this matter removed from the Sixteenth Judicial District in Dekalb County, Illinois to this Court.

4. Pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), Defendant Flexi International has until July 20, 2008, or five (5) days from the filing of its Notice of Removal to file an initial responsive pleading.

5. Defendant Flexi International is a foreign corporation organized and existing under the laws of the Federal Republic of Germany, with its principal place of business in Bargteheide, Germany.

6. Counsel for Defendant Flexi International requests an additional twenty-eight (28) days so it can obtain relevant information from its client in Germany in order to file an appropriate Notice as to Affiliates pursuant to Local Rule 3.2 and a proper responsive pleading.

WHEREFORE, Defendant Flexi-Bogdahn International GmbH & Co. KG, prays that the Court grant its motion for an extension of time to file a responsive pleading to Plaintiff's Complaint and enter an order allowing Defendant an additional twenty-eight (28) days to file a responsive pleading.

*Respectfully submitted,*

**SWANSON, MARTIN & BELL, LLP**

By: ___/s/ Ewa Dabrowski___
    One of the Attorneys for
    Flexi-Bogdahn International
    GMBH & Co. KG

David E. Kawala ARDC # 6191156
Ewa Dabrowski ARDC # 6284758
**SWANSON, MARTIN & BELL, LLP**
330 North Wabash, Suite 3300
Chicago, IL 60611
(312) 321-9100/ (312) 321-0990 FAX