IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| FRANCIS RYAN, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No.   08 C 50142 |
| FLEXI-BOGDAHN INTERNATIONAL, | ) | |
| GMBH & CO KG, a German Corporation, | ) | Honorable Frederick J. Kapala |
| FLEXI USA, INC., a Wisconsin | ) | Honorable Magistrate P. Michael Mahoney |
| Corporation and WAL MART STORES, | ) | |
| INC., an Arkansas Corporation, | ) | |
|     Defendants | ) | |

## NOTICE OF MOTION

TO:

| | |
|---|---|
| Cosentino Law Office | Nicholas Parolisi |
| 213 S. 2nd Street | Ohn Park |
| DeKalb, Illinois 60115 | Litchfield Cavo LLP |
| | 303 W. Madison, Ste. 300 |
| | Chicago, IL 60606 |

On July 30, 2008, at 1:30 p.m., or as soon as counsel may be heard, I shall appear before the Honorable Judge P. Michael Mahoney or any judge sitting in his stead, in courtroom 206 in the United States District Court, Northern District of Illinois Western Division 211 South Court Street, Rockford, Illinois and shall present the attached **Defendant Flexi International's Motion for Extension of Time to File Initial Responsive Pleading**.

                                          Respectfully submitted,


                                      By:   /s/ Ewa Dabrowski
                                            One of the Attorneys for
                                            Flexi-Bogdahn International
                                            GMBH & Co. KG

David E. Kawala ARDC # 6191156
Ewa Dabrowski ARDC#6284758
SWANSON, MARTIN & BELL, LLP
330 North Wabash, Suite 3300
Chicago, IL 60611
(312) 321-9100/ (312) 321-0990 FAX

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| FRANCIS RYAN,              )<br>    Plaintiff,   )<br>         )<br>v.                          )<br>         )<br>FLEXI-BOGDAHN INTERNATIONAL,)<br>GMBH & CO KG, a German Corporation, )<br>FLEXI USA, INC., a Wisconsin )<br>Corporation and WAL MART STORES, )<br>INC., an Arkansas Corporation, )<br>    Defendants  ) | No. 08 C 50142<br><br>Honorable Frederick J. Kapala<br>Honorable Magistrate P. Michael Mahoney |

## CERTIFICATE OF SERVICE

  I certify that I served the foregoing **Defendant Flexi International's Motion for Extension of Time to File Initial Responsive Pleading**.upon the clerks and counsel of record listed below, via electronic filing and regular US mail, proper postage prepaid, from the offices of Swanson, Martin & Bell, LLP, 330 North Wabash, Chicago, IL 60611 on July 18, 2008.

                /s/ Ewa Dabrowski
                Ewa Dabrowski

  [x] Under penalties of perjury, I certify that the statements set forth herein are true and correct.