IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| FRANCIS RYAN,            )<br>          Plaintiff,          )<br>                                  )<br>     v.                           )<br>                                  )<br>FLEXI-BOGDAHN INTERNATIONAL,  )<br>GMBH & CO KG, a German Corporation,  )<br>FLEXI USA, INC., a Wisconsin    )<br>Corporation and WAL MART STORES,  )<br>INC., an Arkansas Corporation,  )<br>                                  )<br>          Defendants.          ) | No. 08 C 50142<br><br>Honorable Frederick J. Kapala<br>Honorable Magistrate P. Michael Mahoney |

**DEFENDANT FLEXI INTERNATIONAL'S**
**MOTION TO CONSOLIDATE DOCKETS**

Defendant Flexi Bogdahn International, GmbH & Co KG, (hereinafter "Flexi International"), by its attorney, Ewa Dabrowski, hereby moves and requests that the Court consolidate this docket number 08-50142 with docket number 08-50137, and in support thereof states as follows:

1. On May 12, 2008, Plaintiff field suit in the Circuit Court of the Sixteenth Judicial District, DeKalb County, Illinois, entitled, *Francis Ryan v. Flexi-Boghdan International, GMBH & CO KG, Flexi USA, Inc. and Wal Mart Stores, Inc.,* 08 L 50.

2. On July 10, 2008, Defendants Flexi USA, Inc. and Wal Mart Stores, Inc., unaware that Defendant Flexi International had been served or that it had retained counsel, filed a Notice of Removal to have this matter removed from the Sixteenth Judicial District in Dekalb County, Illinois to this Court. The Notice of Removal was assigned to the Honorable P. Michael Mahoney and given docket No. 08-50137.

3.  On July 15, 2008, Defendant Flexi International, unaware that Defendants Flexi USA, Inc. and Wal Mart Stores Inc. had retained counsel and filed a Notice of Removal, filed its own Notice of Removal to have this matter removed from the Sixteenth Judicial District in Dekalb County, Illinois to this Court. Defendant Flexi International's Notice of Removal was assigned this docket number, 08-50142.

4.  Since July 15, 2008, counsel for all Defendants have spoken and have agreed that the dockets arising out of the removal of the underlying matter entitled, *Francis Ryan v. Flexi-Boghdan International, GMBH & CO KG, Flexi USA, Inc. and Wal Mart Stores, Inc.,* 08 L 50, originally filed with the Circuit Court for the Sixteenth Judicial District, should be consolidated. Defense counsels have also spoken with Plaintiff's counsel and Plaintiff's counsel is aware that the Defendants are moving to consolidate the dockets.

WHEREFORE, Defendant Flexi-Bogdahn International GmbH & Co. KG, prays that the Court grant its motion to consolidate this docket number 08-50142 with docket number 08-50137.

*Respectfully submitted,*

**SWANSON, MARTIN & BELL, LLP**

By: ___/s/ Ewa Dabrowski___
   One of the Attorneys for
   Flexi-Bogdahn International
   GMBH & Co. KG

David E. Kawala ARDC # 6191156
Ewa Dabrowski ARDC # 6284758
**SWANSON, MARTIN & BELL, LLP**
330 North Wabash, Suite 3300
Chicago, IL 60611
(312) 321-9100/ (312) 321-0990 FAX

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| FRANCIS RYAN, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No.    08 C 50142 |
| FLEXI-BOGDAHN INTERNATIONAL, | ) | |
| GMBH & CO KG, a German Corporation, | ) | Honorable Frederick J. Kapala |
| FLEXI USA, INC., a Wisconsin | ) | Honorable Magistrate P. Michael Mahoney |
| Corporation and WAL MART STORES, | ) | |
| INC., an Arkansas Corporation, | ) | |
|     Defendants | ) | |

## NOTICE OF FILING

TO:

| | |
|---|---|
| Chris Cosentino | Nicholas Parolisi |
| The Cosentino Law Firm | Ohn Park |
| 801 E. Main Street | Litchfield Cavo LLP |
| St. Charles, IL 60174 | 303 W. Madison, Ste. 300 |
| | Chicago, IL 60606 |

    Please take notice that on July 23, 2008, **Defendant's Flexi International's Motion to Consolidate Dockets** was e-filed with the United States District Court for the Northern District of Illinois, Western Division, a true and correct copy of which is attached hereto and served upon you.

                                         Respectfully submitted,


                                         By:    /s/ Ewa Dabrowski
                                              One of the Attorneys for
                                              Flexi-Bogdahn International
                                              GMBH & Co. KG

David E. Kawala ARDC # 6191156
Ewa Dabrowski ARDC#6284758
SWANSON, MARTIN & BELL, LLP
330 North Wabash, Suite 3300
Chicago, IL 60611
(312) 321-9100/ (312) 321-0990 FAX

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| FRANCIS RYAN, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No.   08 C 50142 |
| FLEXI-BOGDAHN INTERNATIONAL, | ) | |
| GMBH & CO KG, a German Corporation, | ) | Honorable Frederick J. Kapala |
| FLEXI USA, INC., a Wisconsin | ) | Honorable Magistrate P. Michael Mahoney |
| Corporation and WAL MART STORES, | ) | |
| INC., an Arkansas Corporation, | ) | |
|     Defendants | ) | |

## CERTIFICATE OF SERVICE

    I certify that I served the foregoing **Defendant's Flexi International's Motion to Consolidate Dockets** upon the counsel listed above, via regular US mail, proper postage prepaid, from the offices of Swanson, Martin & Bell, LLP, 330 North Wabash, Chicago, IL 60611 on July 23, 2008.

                                                                /s/ Ewa Dabrowski
                                                                Ewa Dabrowski

[x]    Under penalties of perjury, I certify that the statements set forth herein are true and correct.