**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                     Case Number:   08 C 50142

FRANCIS RYAN

v.

FLEXI-BOGDAHN INTERNATIONAL GMBH & CO KG,

a German Corporation, FLEXI USA, INC., a Wisconsin Corporation

and WAL MART STORES, INC., an Arkansas Corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Flexi Bogdahn International, GmbH & Co KG

| | |
|---|---|
| NAME (Type or print)  David E. Kawala | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/David E. Kawala (dkawala@smbtrials.com) | |
| FIRM   Swanson, Martin & Bell, LLP | |
| STREET ADDRESS  330 North Wabash Avenue, Suite 3300 | |
| CITY/STATE/ZIP  Chicago, Illinois 60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  06191156 | TELEPHONE NUMBER  312-321-8436 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   Yes | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  No | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  Yes | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.  RETAINED COUNSEL                 APPOINTED COUNSEL | |