IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| FRANCIS RYAN, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No.   08 C 50142 |
| FLEXI-BOGDAHN INTERNATIONAL, ) | |
| GMBH & CO KG, a German Corporation, ) | |
| FLEXI USA, INC., a Wisconsin ) | |
| Corporation and WAL MART STORES, ) | |
| INC., an Arkansas Corporation, ) | |
| Defendants ) | |

**NOTICE OF FILING**

TO:

| | |
|---|---|
| Chris Cosentino | Nicholas Parolisi |
| The Cosentino Law Firm | Ohn Park |
| 801 E. Main Street | Litchfield Cavo LLP |
| St. Charles, IL 60174 | 303 W. Madison, Ste. 300 |
| | Chicago, IL 60606 |

Please take notice that on July 28, 2008, an Appearance was filed with the United States District Court for the Northern District of Illinois, Western Division, a true and correct copy of which is attached hereto and served upon you.

By:   /s/ David E. Kawala
One of the Attorneys for
Flexi-Bogdahn International
GMBH & Co. KG

David E. Kawala ARDC # 6191156
Ewa Dabrowski ARDC#6284758
SWANSON, MARTIN & BELL, LLP
330 North Wabash, Suite 3300
Chicago, IL 60611
(312) 321-9100/ (312) 321-0990 FAX

IN THE CIRCUIT COURT FOR THE SIXTEENTH JUDICIAL CIRCUIT
DEKALB COUNTY, ILLINOIS

| | |
|---|---|
| FRANCIS RYAN, )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>FLEXI-BOGDAHN INTERNATIONAL, )<br>GMBH & CO KG, a German Corporation, )<br>FLEXI USA, INC., a Wisconsin )<br>Corporation and WAL MART STORES, )<br>INC., an Arkansas Corporation, )<br>        Defendants ) | No.    08 L 50142 |

## CERTIFICATE OF SERVICE

I certify that I served the foregoing **Appearance** upon the clerks and counsel of record listed below, via regular US mail, proper postage prepaid, from the offices of Swanson, Martin & Bell, LLP, 330 North Wabash, Chicago, IL 60611 on July 28, 2008.

/s/ David E. Kawala
David E. Kawala

[x] Under penalties of perjury, I certify that the statements set forth herein are true and correct.