# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Western Division

Francis Ryan

                            Plaintiff,

v.

                           Case No.: 3:08−cv−50142

                           Honorable Frederick J. Kapala

Flexi−Bogdahn International, GMBH & CO KG, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

    MINUTE entry before the Honorable P. Michael Mahoney: Defendant's Motion for extension of time [6] is taken under advisement. Set deadlines as to extension of time[6] : Responses due by 8/13/2008. If a party is not going to file a brief in response or reply, it is that party's obligation, within the time frame established by this order, to notify the court in writing. Response to complaint due by 8/13/2008. (glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.