IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| FRANCIS RYAN,           ) | |
|        Plaintiff,       ) | |
|                          ) | |
| v.                  ) | |
|                      ) | No. 08 C 50142 |
| FLEXI-BOGDAHN INTERNATIONAL, ) | |
| GMBH & CO KG, a German Corporation, ) | Honorable Frederick J. Kapala |
| FLEXI USA, INC., a Wisconsin ) | Honorable Magistrate P. Michael Mahoney |
| Corporation and WAL MART STORES, ) | |
| INC., an Arkansas Corporation, ) | |
|                      ) | |
|        Defendants.   ) | |

## DEFENDANT FLEXI INTERNATIONAL'S DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Flexi Bogdhan International GmbH & Co KG (hereafter "Flexi International"), submits the following disclosures:

1. Pursuant to Federal Rule of Civil Procedure 7.1(a), there is no publicly held stock of Flexi International.

2. Pursuant to Local Rule 3.2, Defendant Flexi International discloses Mr. Manfred Bogdhan as owner of more than 5% of Flexi International.

Respectfully submitted,

By:  /s/ Ewa Dabrowski
     One of the Attorneys for
     Flexi-Bogdahn International
     GMBH & Co. KG

David E. Kawala ARDC # 6191156
Ewa Dabrowski ARDC#6284758
SWANSON, MARTIN & BELL, LLP
330 North Wabash, Suite 3300
Chicago, IL 60611
(312) 321-9100/ (312) 321-0990 FAX

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| FRANCIS RYAN,           )<br>         Plaintiff,       )<br>                        )<br>     v.                 )<br>                        )<br>FLEXI-BOGDAHN INTERNATIONAL,  )<br>GMBH & CO KG, a German Corporation, )<br>FLEXI USA, INC., a Wisconsin )<br>Corporation and WAL MART STORES, )<br>INC., an Arkansas Corporation, )<br>         Defendants     ) | No.   08 C 50142<br><br>Honorable Frederick J. Kapala<br>Honorable Magistrate P. Michael Mahoney |

## NOTICE OF FILING

TO:

| | |
|---|---|
| Chris Cosentino | Nicholas Parolisi |
| The Cosentino Law Firm | Ohn Park |
| 801 E. Main Street | Litchfield Cavo LLP |
| St. Charles, IL 60174 | 303 W. Madison, Ste. 300 |
| | Chicago, IL 60606 |

Please take notice that on August 12, 2008, **Defendant's Flexi International's Disclosure Statement** was e-filed with the United States District Court for the Northern District of Illinois, Western Division, a true and correct copy of which is attached hereto and served upon you.

Respectfully submitted,


By:   /s/ Ewa Dabrowski
       One of the Attorneys for
       Flexi-Bogdahn International
       GMBH & Co. KG

David E. Kawala ARDC # 6191156
Ewa Dabrowski ARDC#6284758
SWANSON, MARTIN & BELL, LLP
330 North Wabash, Suite 3300
Chicago, IL 60611
(312) 321-9100/ (312) 321-0990 FAX

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| FRANCIS RYAN, )<br>    Plaintiff, )<br>)<br>v. )<br>) | No. 08 C 50142 |
| FLEXI-BOGDAHN INTERNATIONAL, )<br>GMBH & CO KG, a German Corporation, )<br>FLEXI USA, INC., a Wisconsin )<br>Corporation and WAL MART STORES, )<br>INC., an Arkansas Corporation, )<br>    Defendants ) | Honorable Frederick J. Kapala<br>Honorable Magistrate P. Michael Mahoney |

## CERTIFICATE OF SERVICE

  I certify that I served the foregoing **Defendant's Flexi International's Disclosure Statement** upon the counsel listed above, via regular US mail, proper postage prepaid, from the offices of Swanson, Martin & Bell, LLP, 330 North Wabash, Chicago, IL 60611 on August 12, 2008.

            /s/ Ewa Dabrowski
            David E. Kawala ARDC # 6191156
            Ewa Dabrowski ARDC#6284758
            SWANSON, MARTIN & BELL, LLP
            330 North Wabash, Suite 3300
            Chicago, IL 60611
            (312) 321-9100/ (312) 321-0990 FAX

[x] Under penalties of perjury, I certify that the statements set forth herein are true
   and correct.