IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| FRANCIS RYAN, ) | |
| 　　　　Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No.　08 C 50142 |
| FLEXI-BOGDAHN INTERNATIONAL, ) | |
| GMBH & CO KG, a German Corporation, ) | Honorable Frederick J. Kapala |
| FLEXI USA, INC., a Wisconsin ) | Honorable Magistrate P. Michael Mahoney |
| Corporation and WAL MART STORES, ) | |
| INC., an Arkansas Corporation, ) | |
| 　　　　Defendants ) | |

## NOTICE OF MOTION

TO:

| | |
|---|---|
| Chris Cosentino | Nicholas Parolisi |
| The Cosentino Law Firm | Ohn Park |
| 801 E. Main Street | Litchfield Cavo LLP |
| St. Charles, IL 60174 | 303 W. Madison, Ste. 300 |
| | Chicago, IL 60606 |

　　On August 29, 2008, at 1:30 p.m., or as soon as counsel may be heard, I shall appear before the Honorable Judge P. Michael Mahoney or any judge sitting in his stead, in courtroom 206 in the United States District Court, Northern District of Illinois Western Division 211 South Court Street, Rockford, Illinois and shall present the attached **Defendant Flexi International's Rule 12(b)(5) Motion to Quash or Dismiss**.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　By:　　/s/ Ewa Dabrowski
　　　　　　　　　　　　　　　　　　　　One of the Attorneys for
　　　　　　　　　　　　　　　　　　　　Flexi-Bogdahn International
　　　　　　　　　　　　　　　　　　　　GMBH & Co. KG

David E. Kawala ARDC # 6191156
Ewa Dabrowski ARDC#6284758
SWANSON, MARTIN & BELL, LLP
330 North Wabash, Suite 3300
Chicago, IL 60611
(312) 321-9100/ (312) 321-0990 FAX

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| FRANCIS RYAN,            )  <br>          Plaintiff,    )  <br>                          )  <br>    v.                    )  <br>                          )  <br> FLEXI-BOGDAHN INTERNATIONAL, )  <br> GMBH & CO KG, a German Corporation, )  <br> FLEXI USA, INC., a Wisconsin )  <br> Corporation and WAL MART STORES, )  <br> INC., an Arkansas Corporation, )  <br>          Defendants   ) | No.   08 C 50142  <br><br>Honorable Frederick J. Kapala  <br>Honorable Magistrate P. Michael Mahoney |

## CERTIFICATE OF SERVICE

I certify that I served the foregoing **Defendant Flexi International's Rule 12(b)(5) Motion to Quash or Dismiss** upon the clerks and counsel of record listed below, via electronic filing and regular US mail, proper postage prepaid, from the offices of Swanson, Martin & Bell, LLP, 330 North Wabash, Chicago, IL 60611 on August 12, 2008.

/s/ Ewa Dabrowski
David E. Kawala ARDC # 6191156
Ewa Dabrowski ARDC#6284758
SWANSON, MARTIN & BELL, LLP
330 North Wabash, Suite 3300
Chicago, IL 60611
(312) 321-9100/ (312) 321-0990 FAX

[x] Under penalties of perjury, I certify that the statements set forth herein are true and correct.