# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50142 | **DATE** | 8/15/2008 |
| **CASE TITLE** | Ryan vs. Flexi-Bogdahn Intl. | | |

**DOCKET ENTRY TEXT:**

Defendant's Motion for an Extension of Time is granted. Responsive pleading due August 28, 2008.

*/s/ P. Michael Mahoney*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | JH |
|---|---|---|