## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50142 | **DATE** | 8/29/2008 |
| **CASE TITLE** | RYAN vs. FLEXI-BOGDAHN | | |

**DOCKET ENTRY TEXT:**

Status hearing held. This case is consolidated for all purposes with 08 C 50137. All further docketing to take place in 08 C 50137. Parties to hold FRCP 26(f) conference. Case management order due September 16, 2008. Initial Pretrial Conference set for September 17, 2008 at 1:30 pm.

Docketing to mail notices.

00:01

| | Courtroom Deputy Initials: | GG |
|---|---|---|